```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____
                                   )
MANUEL ALEXANDER ANDUJAR POLANCO,  )
                                   )
              Petitioner,          )
                                   )
v.                                 )    Civil Action
                                   )    No. 26-cv-10437-PBS
DAVID WESLING, Field Office        )
Director, et al.,                  )
                                   )
              Respondents.         )
_____)

**ORDER**

February 3, 2026

Saris, J.

Petitioner Manuel Alexander Andujar Polanco ("Petitioner") has filed a habeas petition under 28 U.S.C. § 2241 to challenge his immigration detention without a bond hearing. In Baca Bances v. Noem, this Court ordered a bond hearing in immigration court for a noncitizen who was initially placed into expedited removal proceedings, was found by an immigration judge to have a credible fear of persecution, was released into the country during the pendency of his standard removal proceedings, and was subsequently redetained. See __ F. Supp. 3d __, __ (D. Mass. 2026) [2026 WL 172536, at *1-2]. In response to Petitioner's habeas petition, the government takes the position that Baca Bances governs this case. Given this concession, the Court **ALLOWS** the habeas petition (Dkt. 1) and **ORDERS** that the government release Petitioner unless he is

1

provided with a bond hearing that complies with the standards outlined in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven business days of the date of this order.

SO ORDERED.

/s/ PATTI B. SARIS
Hon. Patti B. Saris
United States District Judge